Terrence J. Coleman    (State Bar No. 172183)
Rebecca Grey           (State Bar No. 194940)
Brian H. Kim           (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:   alevinson@pillsburylevinson.com
         tcoleman@pillsburylevinson.com
         rgrey@pillsburylevinson.com
         bkim@pillsburylevinson.com

Attorneys for Plaintiff
HRISTOS KOURNOUTAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRISTOS KOURNOUTAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUM LIFE INSURANCE COMPANY ) <br> OF AMERICA; THE CHA ) <br> INDUSTRIES LONG TERM ) <br> DISABILITY PLAN; and DOES 1 ) <br> THROUGH 20, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  3:09-CV-1108 CRB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff Hristos Kournoutas and Defendants Unum Life Insurance Company of America and The CHA Industries Long Term Disability Plan, through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein shall be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the dispute.  Each party is to bear its own fees and costs.

///

///

///

**IT IS SO STIPULATED.**

Dated: December 8, 2009              PILLSBURY & LEVINSON, LLP

                                     By:     /s/ Brian H. Kim
                                     Rebecca Grey
                                     Brian H. Kim
                                     Attorneys for Plaintiff
                                     HRISTOS KOURNOUTAS

Dated: December 8, 2009              RIMAC & MARTIN, A PROFESSIONAL
                                     COPORATION

                                     By:     /s/ Anna M. Martin
                                     Anna M. Martin
                                     Attorneys for Defendants
                                     UNUM LIFE INSURANCE COMPANY OF
                                     AMERICA and THE CHA INDUSTRIES LONG
                                     TERM DISABILITY PLAN

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the dispute. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 10, 2009



Hon. Charles R. Breyer
UNITED STATES DISTRICT COURT

-2-

STIPULATION OF DISMISSAL AND WITH PREJUDICE AND [PROPOSED]
ORDER THEREON                                                 Case No. 3:09-CV-1108 CRB